KEB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elsa Lagunas Deagueros,<br>Petitioner,<br>v.<br>Unknown Party,<br>Respondent. | No. CV-26-05244-PHX-SPL<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) Pursuant to General Order 26-09, the Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 3.) In the Response, Respondent states: "Respondent does not oppose Petitioner's request for release at this time." (Doc. 6.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondent must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Respondent must provide a notice of compliance within **two days** of Petitioner's release.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 5th day of August, 2026.

Honorable Steven P. Logan
United States District Judge